Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-348-928

**Effective Date of Registration:**
March 27, 2023
**Registration Decision Date:**
May 25, 2023

---

## Title

Title of Work: Rocky Mountain High

## Completion/Publication

Year of Completion: 2006
Date of 1st Publication: November 10, 2009
Nation of 1st Publication: United States

## Author

- Author: Mary Giacomini
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Mary Margaret Giacomini
7700 Leslie Dr, Loveland, CO, 80537, United States

## Rights and Permissions

Name: Mary Margaret Giacomini
Email: marymgiacomini@gmail.com

## Certification

Name: David Denholm
Date: March 27, 2023
Applicant's Tracking Number: MG2023032701

---

Correspondence: Yes

